UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SPANGLER, et al.,<br><br>    Defendants. | No. 2:20-cv-1763 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, requests that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: November 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE